IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TANZANIA CHANCE,

Plaintiff,

v.

TRANSITIONAL CENTER, INC.,

Defendant.

Case No. 22-cv-2783 JPG

### JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: 3/31/2023**           MONICA A. STUMP, Clerk of Court

**s/Tina Gray, Deputy Clerk**

**Approved:**   *s/J. Phil Gilbert*
             **J. PHIL GILBERT**
             **DISTRICT JUDGE**